# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. RAMIREZ,  <br>PHYLLIS A. RAMIREZ  <br><br>    Plaintiffs,  <br><br>vs.  <br><br>U.S. BANK HOME MORTGAGE,  <br><br>    Defendant. | )  <br>)  <br>)  <br>)  <br>)  <br>)  <br>) No. 1:10-cv-7815  <br>)  <br>) Judge Joan Humphrey Lefkow  <br>) Magistrate Judge Jeffrey Cole  <br>)  <br>) |

## U.S. BANK HOME MORTGAGE'S MOTION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant U.S. Bank Home Mortgage ("U.S. Bank"), by its undersigned counsel, hereby moves for an extension of time to respond to the Complaint until and including March 18, 2011. In support thereof, U.S. Bank states as follows:

1. On February 15, 2011, this Court referred this case to Magistrate Judge Cole for a settlement conference, and granted U.S. Bank an extension until March 9, 2011 to file its Answer if the case had not yet settled by that date.

2. At a status hearing in front of Magistrate Judge Cole on March 7, 2011, the Magistrate Judge scheduled the settlement conference to take place on March 14, 2011 at 1:30pm.

3. In light of the settlement conference to take place on March 14, 2011, U.S. Bank requests an extension of time to answer or otherwise plead in response to the Complaint.

3. In the event that the case does not settle at the conference, U.S. Bank will file its responsive pleading by March 18, 2011.

4. U.S. Bank's counsel has conferred with Plaintiffs' counsel, and Plaintiffs' counsel will not file an opposition to the relief requested by U.S. Bank in this motion.

WHEREFORE, U.S. Bank respectfully requests that this Court enter an order granting U.S. Bank an extension of time until March 18, 2011 to answer or otherwise plead in response to the Complaint.

Dated: March 9, 2011

Respectfully submitted,

U.S. BANK HOME MORTGAGE

By /s/ Steven A. Levy
    One of Its Attorneys

Steven A. Levy
Kristen A. Jones
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000